■ JENNIE TONG, Appellant, v NATIONAL BROADCASTING COMPANY, Respondent.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), entered February 27, 1991, which granted defendant's motion to dismiss the amended complaint, unanimously affirmed, without costs.

Considering the unique circumstances of the case, we do not pass on whether the Civil Rights Act of 1991 (42 USC § 1981, Pub L 102-166, 105 US Stat 1071) should be applied retroactively. In any event, the complaint was properly dismissed. Concur—Murphy, P. J., Rosenberger, Ellerin and Kassal, JJ.